IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00710-BNB

(Removal from Crowley County District Court, State of Colorado, Marco A. Rocha v. CCA, et al., Case No. 2004CV112)

MARCO A. ROCHA,

    Plaintiff,

v.

CCCF ADMINISTRATION,
CCCF PERSONNEL,
RICH WAUGH, and
RICHARD SELMAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER FOR SUMMARY REMAND

Plaintiff, Marco A. Rocha, acting *pro se*, has submitted to this Court a Notice of Removal. The Court must construe the Notice liberally because Mr. Rocha is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Although Mr. Rocha has failed to submit a properly certified Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915, the Court will not require Mr. Rocha to cure this deficiency and instead will remand the action summarily to the Crowley County District Court.

Mr. Rocha apparently seeks the removal to this Court of Case No. 2004CV112, a civil case filed in the Crowley County District Court. This Court has reviewed the Notice of Removal and finds that it is deficient. Mr. Rocha is a plaintiff in Case No.

2004CV112. Only a defendant in a state court action may remove the action from state court to a federal district court. See 28 U.S.C. § 1446(a). Accordingly, it is

ORDERED that this action is remanded summarily to the Crowley County District Court in Ordway, Colorado. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the Crowley County District Court at 110 E. 6th Street, Ordway, Colorado 81063.

DATED: March 30, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00710-BNB

Marco A. Rocha
Prisoner No. 67027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Crowley County District Court - **CERTIFIED**
110 E. 6th Street
Ordway, CO 81063

 I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/31/10

            GREGORY C. LANGHAM, CLERK

            By: _____
                Deputy Clerk